# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0018
LT Case No. 2016-CA-003469

_____

JONATHAN M. DANIELS,

Appellant,

v.

ROBERT J. KLEINHANS, M.D.,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

Jonathan M. Daniels, Bowling Green, pro se.

No Appearance for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

MAKAR, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____